**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
DANA SCOTT MCINTIRE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> DANA SCOTT MCINTIRE, et. al., ) <br> ) <br> DEFENDANTS. ) <br> ) <br> _____) | CR.NO. S-06-0253-JAM <br><br> STIPULATION AND ORDER TO VACATE JUDGMENT AND SENTENCING DATE AND SET A MOTIONS SCHEDULE AND HEARING DATE |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt and defendant Dana Scott McIntire, by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the current Judgment and sentencing date of Tuesday, September 15, 2009, can and should be vacated, as to defendant Dana McIntire only.

The parties, plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt and defendant Dana Scott McIntire, by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the following motion schedule can be adopted by the Court:

Defense to file motions on or before Tuesday, October 6, 2009

Government to file any opposition on or before October 20, 2009;

1

Defense to file any reply on or before October 27, 2009;

Hearing on November 3, 2009, at 9:30 a.m..

The Court's courtroom deputy, Mr, Harry Vine, has been contacted to ensure the Court's calendar was available for hearing the motion on that date and the Court is available on Tuesday, November 2, 2009.

It is so stipulated and agreed.

                    LAWRENCE G. BROWN
                    ACTING UNITED STATES ATTORNEY

                    /s/ Jason Hitt -by in person authorization

DATED: 8-21-09   _____
                    Jason Hitt
                    ASSISTANT UNITED STATES ATTORNEY
                    ATTORNEY FOR THE PLAINTIFF

DATED: 8-21-09   /s/ James R. Greiner
                    _____
                    James R. Greiner
                    Attorney for Defendant Dana McIntire

///
///
///

# ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: August 21, 2009.

        /s/ John A. Mendez
**JOHN A. MENDEZ
UNITED STATES
DISTRICT COURT JUDGE**