**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
DANA SCOTT MCINTIRE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-NO. S-06-0253-JAM |
| PLAINTIFF, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | TO MODIFY THE BRIEFING |
| ) | SCHEDULE |
| DANA SCOTT MCINTIRE, et. al., ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |
| _____ ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt and defendant Dana Scott McIntire, by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the current motion schedule and hearing date can be modified and the new schedule can be adopted by the Court as follows:

Defense to file points and authorities on previously filed

motion on or before Tuesday, May 18, 2010;

Government to file any opposition on or before Tuesday, June 22, 2010;

Defense to file any reply on or before Tuesday, June 29, 2010;

Hearing on Tuesday, July 13, 2010, at 9:30 a.m..

The Court's courtroom deputy, Mr, Harry Vine, has been contacted to ensure

1

the Court's calendar was available for hearing the motion on Tuesday, July 13, 2010, and the Court is available. This allows for further legal research and for further consultation between the parties and further consultation with the defendant and his counsel.

It is so stipulated and agreed.

```
                                    BENJAMIN B. WAGNER
                                    ACTING UNITED STATES ATTORNEY

                                    /s/ Jason Hitt -by e mail authorization
DATED: 5-3-10                       _____
                                    Jason Hitt
                                    ASSISTANT UNITED STATES ATTORNEY
                                    ATTORNEY FOR THE PLAINTIFF

DATED: 5-3-10                       /s/ James R. Greiner
                                    _____
                                    James R. Greiner
                                    Attorney for Defendant Dana McIntire
```

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: May 4, 2010.

/s/ John A. Mendez
**JOHN A. MENDEZ
U. S. DISTRICT COURT JUDGE**

2