**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
DANA SCOTT MCINTIRE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>PLAINTIFF,  )<br>  )<br>v.  )<br>  )<br>  )<br>DANA SCOTT MCINTIRE, et. al.,  )<br>  )<br>DEFENDANTS.  )<br>  )<br>_____ ) | CR-NO. S-06-0253-JAM<br><br>STIPULATION AND ORDER<br>TO MODIFY THE BRIEFING<br>SCHEDULE AND HEARING DATE |

  Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt and defendant Dana Scott McIntire, by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the current motion schedule and hearing date can be modified and the new schedule can be adopted by the Court as follows:

  Government to file any opposition on or before Tuesday, February 1, 2011;

  Defense to file any reply on or before Tuesday, February 15, 2011;

  Hearing on Tuesday, March 8, 2011, at 9:30 a.m., in courtroom #6 on the 14th floor before the Honorable District Court Judge John A. Mendez.

  The Court's courtroom deputy, Mr, Harry Vine, has been contacted to ensure

1

the Court's calendar was available for hearing the motion on Tuesday, March 8, 2011, and the Court is available.

It is so stipulated and agreed.

```
                              BENJAMIN B. WAGNER
                              UNITED STATES ATTORNEY

                              /s/ Jason Hitt -by e mail authorization
DATED: 11-9-10                _____
                              Jason Hitt
                              ASSISTANT UNITED STATES ATTORNEY
                              ATTORNEY FOR THE PLAINTIFF

DATED: 11-9-10                /s/ James R. Greiner
                              _____
                              James R. Greiner
                              Attorney for Defendant Dana McIntire
```

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: November 10, 2010.

/s/ John A. Mendez
**JOHN A. MENDEZ
UNITED STATES
DISTRICT COURT JUDGE**

2