**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
DANA SCOTT MCINTIRE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> DANA SCOTT MCINTIRE, et. al., ) <br> ) <br> DEFENDANTS. ) <br> ) <br> _____ ) | CR.NO. S-06-0253-JAM <br><br> STIPULATION AND ORDER TO CONTINUE THE JUDGMENT AND SENTENCING DATE TO TUESDAY, OCTOBER 18, 2011 |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt and defendant Dana Scott McIntire, by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the current Judgment and Sentencing date of Tuesday, August 30, 2011 can be vacated and a new Judgment and Sentencing date of **Tuesday, October 18, 2011**, **at 9:30 a.m.** before Federal District Court Judge, Honorable John A. Mendez, can be set by the Court.

The parties also agree and stipulate to a new Pre-sentence Report Schedule as follows:

| | |
|---|---|
| Counsel's written objections to Probation | September 6, 2011 |
| Pre-sentence Report to be filed with the Court and disclosed to Counsel | September 27, 2011 |

1

| | | |
|---|---|---|
| 1 | Motion for Correction of Pre-Sentence Report | October 4, 2011 |
| 2 | Reply, or Statement of Non-Opposition | October 11, 2011 |
| 3 | Judgment and Sentencing Date | October 18, 2011 |

The Court's courtroom deputy, Mr, Harry Vine, has been contacted to ensure the Court's calendar was available for Judgment and Sentencing on Tuesday, October 18, 2011, and the Court is available.

The defendant waives time to October 18, 2011 for Judgment and Sentencing.

It is so stipulated and agreed.

                              BENJAMIN B. WAGNER
                              UNITED STATES ATTORNEY

                              /s/ Jason Hitt -by e mail authorization
DATED: 8-30-11            _____
                              Jason Hitt
                              ASSISTANT UNITED STATES ATTORNEY
                              ATTORNEY FOR THE PLAINTIFF

DATED: 8-30-11            /s/ James R. Greiner
                              _____
                              James R. Greiner
                              Attorney for Defendant Dana McIntire

///
///
///

# ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: AUGUST 31, 2011.

/s/ John A. Mendez
**JOHN A. MENDEZ
UNITED STATES
DISTRICT COURT JUDGE**

3